IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GOVERNMENT PENSION
INVESTMENT FUND )
)
Plaintiff, )
)
v. ) No. 06-218 T
) Judge Mary Ellen Coster Williams
UNITED STATES, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of George L. Squires, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

George L. Squires, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: April 27, 2006

s/George L. Squires
GEORGE L. SQUIRES
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-6587
Fax: (202) 514-9440