IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOVERNMENT PENSION INVESTMENT FUND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-218 T |
| | ) | Judge Mary Ellen Coster Williams |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant hereby moves for an enlargement of 30 days, from May 16, 2006, to and including June 15, 2006, within which to file an answer to the complaint. As good cause for granting this motion, defendant represents that the time requested is needed for the Internal Revenue Service to collect the relevant audit papers, and to prepare a defense letter that addresses the issues presented in the complaint. In addition, counsel for defendant plans to take leave to care for his wife who is scheduled to receive an organ transplant on May 16, 2006. Counsel for plaintiff has authorized defendant to inform the Court that plaintiff has no objection to the granting of defendant's motion.

WHEREFORE, defendant prays that the Court grant its motion for an enlargement of 60 days through June 15, 2006, within which to answer the complaint.

Respectfully submitted,

s/George L. Squires
______________________
GEORGE L. SQUIRES
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6587

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief, Court of Federal Claims Section

s/Steven I. Frahm
_ ____________________________________________
Of Counsel

May 5, 2006