IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOVERNMENT PENSION INVESTMENT FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-218 T |
| | ) | Judge Mary Ellen Coster Williams |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant hereby moves for an enlargement of 30 days, from June 15, 2006, to and including July 15, 2006, within which to file its response to the complaint. This is the second such enlargement requested, the first having been granted for a period of 30 days.

As reason for its request, defendant states that, as noted in our first motion for enlargement, defendant's counsel's wife received an organ transplant on May 16, 2006. Defendant's counsel has been on family leave, caring for his wife, and at this time the date of his return to the office is indefinite. He hopes to be able to return to the office, and to prepare the response to the complaint, within the 30-day period requested herein. In addition, we have not yet received the Internal Revenue Service's administrative files or defense recommendation

addressing the issues presented in the complaint. We have been notified by the attorney assigned to the case in the Service's Office of the Chief Counsel that the defense recommendation is being prepared and is expected to be forwarded to the Tax Division within the 30-day period requested herein.

Counsel for plaintiff has authorized defendant to inform the Court that plaintiff has no objection to the granting of defendant's motion.

WHEREFORE, defendant prays that the Court grant its motion for an enlargement of 30 days through July 15, 2006, within which to respond to the complaint.

Respectfully submitted,

s/George L. Squires

GEORGE L. SQUIRES
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6587

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

s/Mary M. Abate

Of Counsel

June 8, 2006