# In the United States Court of Federal Claims

**No. 06-218T**
**(Filed June 9, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**GOVERNMENT PENSION** *
**INVESTMENT FUND,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On June 8, 2006, Defendant filed an unopposed motion for an enlargement of time, to and including **July 15, 2006**, within which to respond to plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**