# In the United States Court of Federal Claims

**No. 06-218T**
**(Filed July 26, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**GOVERNMENT PENSION INVESTMENT FUND,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

On July 17, 2006, Defendant filed an unopposed motion for an enlargement of time, to and including **August 14, 2006**, within which to respond to plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**