# In the United States Court of Federal Claims

**No. 06-218T**
**(Filed August 11, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
GOVERNMENT PENSION INVESTMENT FUND, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On August 10, 2006, Defendant filed an unopposed motion for an enlargement of time, to and including **September 13, 2006**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**