IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOVERNMENT PENSION INVESTMENT FUND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-218 T |
| | ) | Judge Mary Ellen Coster Williams |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S FIFTH UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant hereby moves for an enlargement of 30 days, from September 13, 2006, to and including October 13, 2006, within which to file an answer to the complaint. This is defendant's fifth motion to enlarge the period for filing an answer, 120 days having already been allowed. As good cause for granting this motion, defendant represents that the time requested is needed for the government to consider whether administrative resolution of this case is appropriate. Counsel for plaintiff has authorized defendant to inform the Court that plaintiff has no objection to the granting of defendant's motion.

WHEREFORE, defendant prays that the Court grant its motion for an enlargement of 30 days through October 13, 2006, within which to answer the complaint.

Respectfully submitted,

s/George L. Squires
______________________

GEORGE L. SQUIRES
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6587

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

s/Mary M. Abate
__________________________________________

Of Counsel

September 7, 2006