# In the United States Court of Federal Claims

**No. 06-218T**
**(Filed September 8, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **GOVERNMENT PENSION INVESTMENT FUND,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

On September 7, 2006, Defendant filed an unopposed motion for an enlargement of time, to and including **October 13, 2006**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**