# In the United States Court of Federal Claims

**No. 06-218T**
**(Filed October 13, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
GOVERNMENT PENSION INVESTMENT FUND, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

On October 12, 2006, Defendant filed an unopposed motion for an enlargement of time, to and including **November 13, 2006**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**