**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GOVERNMENT PENSION INVESTMENT FUND,** Plaintiff, | ) | |
| **v.** | ) | **Docket No. 06-218 T** **Jude Mary Ellen Coster Williams** |
| **THE UNITED STATES OF AMERICA,** Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Court of Federal Claims Rule 41(a)(1)(i), Plaintiff hereby notifies the Court that prior to the filing of an Answer by Defendant, Plaintiff voluntarily dismisses, without prejudice, the above captioned case. Counsel for Defendant has advised that Defendant has no objection to this voluntary dismissal.

Respectfully submitted,

/s/A. Duane Webber
A. Duane Webber
Attorney of Record

Scott A. Knott
Of Counsel

Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 452-7040
Facsimile: (202) 472-7074

Attorney for Plaintiff,
Government Pension Investment Fund

Dated: November 6, 2006