# In the United States Court of Federal Claims

No. 06-218T
(Filed November 9, 2006)

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                    *
GOVERNMENT PENSION                                  *
INVESTMENT FUND,                                    *
                                                    *
            Plaintiff,                              *
                                                    *
            v.                                      *
                                                    *
THE UNITED STATES,                                  *
                                                    *
            Defendant.                              *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER OF DISMISSAL

On November 6, 2006, the Plaintiff filed a notice of voluntary dismissal, without prejudice. The Plaintiff stated that Defendant has no objections to this voluntary dismissal. The Clerk is directed to dismiss this case, without prejudice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**