# In the United States Court of Federal Claims

**No. 06-218T**
**(Filed November 9, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**GOVERNMENT PENSION INVESTMENT FUND,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER OF DISMISSAL**

---

On November 6, 2006, the Plaintiff filed a notice of voluntary dismissal, without prejudice. The Plaintiff stated that Defendant has no objections to this voluntary dismissal. The Clerk is directed to dismiss this case, without prejudice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**